# Court of Appeals
# of the State of Georgia

ATLANTA,___April 03, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1449. TIMOTHY DUNCAN v. STATE OF GEORGIA SEXUAL OFFENDER REGISTRATION REVIEW BOARD.

Timothy Duncan pled guilty to sexual battery against a child less than 16 years of age and was designated a sexually dangerous predator in August 2013. In September of 2013, Duncan sought and received a reevaluation of his status, and the Georgia Sexual Offender Registration Review Board upheld its decision. Duncan then appealed to the trial court, challenging his classification and the constitutionality of the sex offender registration statute and the rules of the Review Board. The trial court affirmed the Review Board's decision.[1] Duncan filed a notice of appeal from that ruling. We lack jurisdiction.

Appeals from decisions of superior courts reviewing decisions of the Sexual Offender Registration Review Board shall be by application for discretionary appeal. OCGA § 5-6-35 (a) (5.1). Because Duncan did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___04/03/2015____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Duncan filed a notice of appeal to the Supreme Court, which transferred the case to this Court after concluding that it lacked jurisdiction because the trial court did not rule on the constitutional issues presented.